CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF:** Alex Green

**Address (No Post Office Boxes):** 301 N. Beauregard St.

**City:** Alexandria **State:** VA **Zip Code:** 21232

Case: 1:22-cv-01809   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/24/2022
Description: Employment Discrim. (H-DECK)

VS.

**DEFENDANT:** Hobby Lobby

**Address (No Post Office Boxes):** 6200 Little River Turnpike

**City:** Alexandria **State:** VA **Zip Code:** 22312

Jury Trial: ✓ Yes   ✗ No
AG

### COMPLAINT

I'm submitted this complaint for Age discrimination perpetuated by former Employer Hobby Lobby.

I'm requesting $50,313 for final compensation due to lost wages, defamation of character and Mental Distress.

**RECEIVED JUN 24 2022**
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Original Signature (in pen)

Name (if applicable, Prisoner ID No.)
Address or Facility Address: 301 N. Beauregard St.
City: Alexandria State: VA Zip Code: 22312
Unit #205

New: 06/21/2022